UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Criminal No. 11-4022 (CCC) |
| DANIEL SPITLER and ANDREW AUERNHEIMER | : | SEALING ORDER |

This matter having come before the Court upon the application of the United States of America (Lee Vartan and Zach Intrater, Assistant U.S. Attorneys, appearing), for arrest warrants, and its concurrent application that the Complaint filed against the persons named in the warrants be filed under seal, and good cause having been shown,

IT IS, on this 13th day of January, 2011,

ORDERED that, except for such copies of the arrest warrants as are necessary to accomplish their purpose, the Complaint and all other documents filed in this matter be and hereby are SEALED until the arrest warrants are executed or until further order of the Court.

CLAIRE C. CECCHI
United States Magistrate Judge