UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

DANIEL SPITLER

PROCEEDINGS: __I.A. - FELONY__

CLAIRE C. CECCHI, U.S. MAGISTRATE JUDGE

CASE NO.: __11-mj-4022-01__

DATE OF PROCEEDINGS: __01/18/11__

DATE OF ARREST: __01/18/11__

( ) COMPLAINT TO BE FILED
( ) INFORMATION   ___ FELONY   ___ MISDEMEANOR
(✓) ADVISED OF RIGHTS, CHARGES, AND PENALTIES
( ) WAIVER OF COUNSEL
(✓) APPT. OF COUNSEL:   ___ AFPD   ✓ CJA
(✓) WAIVER OF HRG.:   ✓ PRELIM   ___ REMOVAL
( ) WAIVER OF INDICTMENT
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:   ___ GUILTY   ___ NOT GUILTY
( ) PLEA AGREEMENT TO BE FILED
( ) RULE 11 FORM TO BE FILED
(✓) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A
    BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(✓) BAIL SET: $50,000
    (✓) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
(✓) TRAVEL RESTRICTED   NJ & CA
(✓) REPORT TO PRETRIAL SERVICES
(✓) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(✓) SURRENDER &/OR OBTAIN NO PASSPORT
(✓) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
    ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG
( ) DETENTION / BAIL HRG.
( ) TRIAL:   ___ BENCH   ___ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA   __LEE VARTAR, AUSA   and ZACH INTRATER, AUSA__
DEFT. COUNSEL __SUSAN CASSELL, ESQ. (CJA)__

PROBATION _____

INTERPRETER _____
    Language: (            )

Time Commenced: __2:05__
Time Terminated: __2:40__
CD No: __ECR__

__Nitza Creegan__
DEPUTY CLERK