✎ AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ NEW JERSEY _____

UNITED STATES OF AMERICA

V.

DANIEL SPITLER

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:      11-mj-4022-01

I, _____ DANIEL SPITLER _____ , charged in a  x  complaint  ☐ petition

pending in this District with    Fraud and related activity in connection with computers

in violation of Title _____ 18 _____ , U.S.C.,  1030(a)(2)(C) and 1030(c)(2)(B)(ii) & 18:371  ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary  ☐ examination  x  hearing  , do hereby waive (give up) my right to a preliminary  ☐ examination  x  hearing.

_____
Defendant

1-18-11
_____
Date

_____
Counsel for Defendant