UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Claire C. Cecchi

v.                           :     Mag. No. 11-4022

DANIEL SPITLER               :     ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Lee Vartan and Zach Intrater, Assistant U.S. Attorneys, appearing), and defendant Daniel Spitler (Susan Cassell, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The charges in this case are the result of a lengthy investigation, and the discovery involves highly

technical information that defense counsel requires adequate time to review;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) The parties anticipate that plea negotiations may begin shortly;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 21 day of January, 2011,

ORDERED that this action be, and hereby is, continued for a period from the date of this Order through March 31, 2011; and it is further

ORDERED that the period from the date of this Order through March 31, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CLAIRE C. CECCHI
United States Magistrate Judge

Form and entry
consented to:

_____
Zach Intrater
Assistant U.S. Attorney

_____
Susan Cassell
Counsel for defendant Daniel Spitler