UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Mag No. 11- 4022-1  (CC) |
| v. : | |
| DANIEL SPITLER et al. : | CONSENT ORDER |
| : | |

It is hereby Stipulated and Agreed by and between the parties hereto, namely the defendant, Daniel Spitler, by his attorney Susan C. Cassell, and the United States, by Zach Intrater and Lee Vartan, Assistant United States Attorneys, subject to the approval of the Court, that the conditions of defendant, Daniel Spitler's bail be modified in the following manner:

(1) Defendant Daniel Spitler shall be permitted to use the internet from a home computer solely for purposes of seeking employment, and to communicate with his attorney and to assist her in the preparation of his defense in this case, subject to monitoring by Pre-Trial Services. All other terms and conditions of the defendant's bail conditions shall remain in full force and effect.

/ s/ Zach Intrater                /s/ Lee Vartan                    /s/ Susan C. Cassell

Zach Intrater, Esq.            Lee Vartan                        Susan C. Cassell, Esq.
Asst. U.S. Attorney           Asst. U.S. Attorney           Attorney for Daniel Spitler

SO ORDERED:

Dated: 4/12/11

Hon. Claire Cecchi
United States District Court Magistrate-Judge